Dear Sir, Mandadus, Feb 24, 2015

According to my sentence in 1987, 19
harris county district court house i
drones, Jesse lee 47 #16. sentence
was reduce to a simple minner
offensive charge of plea burging
in a non-aggravated conviction, i am
for other mandatory supervision
parole released file also to that it
can't not be a first degree for a sim-
ple minner offensive charged am i
been held in poverty need to be im-
prison jail, on false imprisonment
need to be fix and correct the rate
unconstitutional time
calculational to be Clements
Address for a non- 9601,
aggravated case, Amaru
that holding me in
jail prisoned.

Jesse Drones 47 #16.

32,598-07

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 12 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 23 2015
Abel Acosta, Clerk

APPEAL NO _____

IN THE

CRIMINAL COURT OF APPEALS

At Austin Texas

Jesse Adrians

vs.

The State of Texas

Clements-Unit Jr.

IN THE CRIMINAL COURT OF APPEALS AT
AUSTIN TEXAS. NUNC PRO-TUNC

Jesse Lee DRONES MOTION FOR INDISCRIMINARY
vs. (0488772) REIMBURSEMENT PRO JUDICIAL
MANDADUS. Response TO ANDERS BRIEF
THE State of Texas NO.0488772 MANDAMUS (T.A.C.)

NOW COMES Jesse Lee DRONES 477226 ON 1st-2015.
THE JURY DA Judge and COUNSE Assessed me
DRONES UNCONSTITUTIONAL EXCESSIVE Punishment
IN effective ASSISTANCE of counsel Against
the State of Texas Administrative Acts Error
IN Reporting Judicial Procedings IN AFFairs
IN dis CRIMINARY Re-imbursement holding IN
Poverty double Jeopardy false imprisonment
for the Same offense Twest UNCONSTITUTIONAL IN
MIS CORRAGE of JUSTICE. Ex-Parte Hernander-
253 S.W. 2d 275 Tex CRIM APP (1927) Hutchinson U.S.
450 F.2d 930 20th Cir 1995 GUERRERO vs STATE 893
S.W. 2d 760 U.S. vs. SALAZAR 505 F.2d 72 8th Cir 1974
U.S. vs. Lewis Coll. 429 Fed 2d 258 5th Cir 1970
Articles and Codes 3201 3202 1601 0301 0305
34 725 16.01 12.01 4-44 12.10 4.82 6.14 6.64
67 6-601 1.34 6.65 4.60 Jesse Drones 477226

Further there were know weapon in-volve or found in the process it was a simple charge non agg with know Evidence found to the case offensive charge. All charges- was drop served with notice of Judgment document form Transcripts copy ass needed for Show. Case and other Agreement conducted to the plea Burgler Aggravated Robbery that was drop to a simple Robber Because there were know evidence or any with witnesses involved Case No. 4586 ps. Harris County Court Holding In poverty Date: fed-20/2015 Mandatory of Supervision of Clements Unit Parole Release 12-8-38/ Cell #44 216. Investigation with Jesse Showmen No. know weapon found